IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN MCWHORTER,

    Petitioner,

-vs-

LISA MADIGAN,

    Respondent.                      No. 13-cv-1303-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 15, 2016 (Doc. 19), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**. Judgment in favor of the respondent.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  *s/Caitlin Fischer*
                                                **Deputy Clerk**

**DATED:** September 16, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.16 09:27:13 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**